UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                          CASE NO.: 14-28079-BKC-RAM
                                                                                                PROCEEDING UNDER CHAPTER 13
RALPH Z AARON
MARIA J RICO AARON
DEBTORS                                           /

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$2,882.31** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: _____6-3-19_____

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

RALPH Z AARON
MARIA J RICO AARON
3600 MYSTIC POINTE DR
APT 516

MYSTIC PONTE CONDO NO. ONE ASSOCIATION
REGISTERED AGENT- SHENDELL & ASSOCIATES
5340 N FEDERAL HWY SUITE 201
POMPANO BEACH, FL 33064

SIEGFRIED, RIVERA, LERNER, PA
201 ALHAMBRA CIRCLE
11TH FLOOR
MIAMI, FL 33134

RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL 33126

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

MYSTIC POINTE MASTER ASSOCIATION, INC.
19101 MYSTIC POINTE DR. #1704
AVENTURA, FL 33180

MYSTIC POINTE MASTER ASSOCIATION, INC
3595 MYSTIC POINTE DR.
AVENTURA, FL 33180

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 14-28079-BKC-RAM

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

### CASE NO.: 14-28079-BKC-RAM

MYSTIC PONTE CONDO NO. ONE ASSOCIATION
REGISTERED AGENT- SHENDELL & ASSOCIATES
5340 N FEDERAL HWY SUITE 201
POMPANO BEACH, FL  33064

$2,882.31



UNDELIVERABLE/STALE
CLAIM REGISTER# 0